UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BENJAMIN M.,[1]

                      Plaintiff,                5:18-CV-1079
                                                              (GTS/ATB)
v.

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LAW OFFICES OF KENNETH HILLER, PLLC<br>  Counsel for Plaintiff<br>6000 North Bailey Avenue, Suite 1A<br>Amherst, New York 14226 | KENNETH R. HILLER, ESQ.<br>JUSTIN M. GOLDSTEIN, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF REG'L GEN. COUNSEL–REGION II<br>Counsel for Defendant<br>26 Federal Plaza, Room 3904<br>New York, New York 10278 | ALEXANDER BROCHE, ESQ.<br>DAVID L. BROWN, ESQ. |

GLENN T. SUDDABY, Chief United States District Judge

## DECISION and ORDER

Currently before the Court, in the above-captioned Social Security action filed by Benjamin M. Mikos ("Plaintiff") against the Commissioner of Social Security ("Defendant" or "Commissioner"), is the Report-Recommendation of Chief United States Magistrate Judge Andrew T. Baxter, filed on November 21, 2019, recommending that the Commissioner's

---

[1] In accordance with recent guidance from the Committee on Court Administration and Case Management of the Judicial Conference of the United States, which was adopted by the Northern District of New York in June 2018 in order to better protect personal and medical information of non-governmental parties, this Decision and Order will identify Plaintiff using only his first name and last initial.

decision denying Plaintiff Social Security benefits be reversed, and this action be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. No. 18.) Objections to the Report-Recommendation have not been filed and the time in which to do so has expired. (*See generally* Docket Sheet.)

After carefully reviewing all of the papers herein, including Magistrate Judge Baxter's thorough Report-Recommendation, the Court can find no clear error in the Report-Recommendation: Magistrate Judge Baxter employed the proper legal standards, accurately recited the facts, and correctly applied t he law to those facts. (Dkt. No. 18.) As a result, the Report-Recommendation is accepted and adopted in its entirety; the Commissioner's decision denying Plaintiff Social Security benefits is reversed; and this matter is remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Baxter's Report-Recommendation (Dkt. No. 18) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's decision denying Plaintiff Social Security benefits is **REVERSED**, and this matter is **REMANDED** to the Commissioner of Social Security for further proceedings under sentence four of 42 U.S.C. § 405(g).

Dated: December 18, 2019
       Syracuse, New York

Hon. Glenn T. Suddaby
Chief U.S. District Judge