UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
BENJAMIN M. MIKOS,                              :
                Plaintiff,           : 5:18-cv-01079-GTS-ATB
            v.                         :
ANDREW SAUL,                                    : STIPULATION AND ORDER TO
COMMISSIONER OF                                 : AWARD ATTORNEY FEES & COSTS
SOCIAL SECURITY,                                :
                Defendant.           :
-----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff is awarded attorney fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412, et seq.) in the amount of $6,022.34 (six thousand and twenty two dollars and thirty four cents). Such award is made in full satisfaction of any claim for fees, expenses and costs. It is further agreed that payment will be made directly to Plaintiff's attorney if Plaintiff has agreed to assign the rights to fees to his attorney, provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

Dated: 03/19/20

                                                                GRANT C. JAQUITH
                                                                United States Attorney
                                                                Northern District of New York

By: ___*/s/ Justin Goldstein*___      By: _____*/s/ Alexander Broche*_____
      Justin M. Goldstein                                Alexander Broche
      Attorney for Plaintiff                            Special Assistant United States Attorney
      Law Offices of Kenneth Hiller PLLC      Attorney for Defendant
      6000 North Bailey Avenue, Suite 1A       c/o Social Security Administration
      Amherst, New York 14226                  Office of General Counsel
      (716) 564-3288                                   26 Federal Plaza, Room 3904
      JGoldstein@kennethhiller.com            New York, New York 10278
                                                            (212) 264-1331

      AND, the Court having reviewed this matter,

      IT IS So Ordered:

*[Signature]*
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: 3/20/2020